IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SANDRA BULL, **JUDGMENT IN A CIVIL CASE**

      Plaintiff,

  v.                                   Civil Action No.
                                        06-0327-CV-W-REL-SSA

MICHAEL J. ASTRUE,

      Defendant.

\_\_\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 XX  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED

      that the decision of the Commissioner is reversed, and this case is remanded pursuant to Sentence Four and this case is remanded to the Commissioner for reconsideration with opinion filed on March 20, 2007.

                                            P. L. Brune, Clerk

March 20, 2007                                   By /s/ Bonnie J. Rowland
   Date                                                    Deputy Clerk